# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-00120-RJC-DSC

| | |
|---|---|
| **SHARON THOMAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| **STATE OF NORTH CAROLINA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court *sua sponte* after review of Defendants Orange County Government, Orange County Department of Social Services, Duston Lowell and Denise Shaffer's and Vanguard Professional Staffing and Susan Boyette's pending Motions to Dismiss. See documents ##7 and 11. Defendants Orange County Government, Orange County Department of Social Services, Duston Lowell and Denise Shaffer base their arguments upon Plaintiff's Complaint that was filed on January 29, 2015 in Mecklenburg County Superior Court. Defendants Vanguard Professional Staffing and Susan Boyette base their arguments upon Plaintiff's Amended Complaint that was filed on February 27, 2015. Defendants Orange County Government, Orange County Department of Social Services, Duston Lowell and Denise Shaffer removed this case on March 11, 2015 and attached Plaintiff's Complaint filed on January 29, 2015 as Exhibit B to their Notice of Removal. See document #1. The Court **orders** these Defendants to file supplemental briefs on their Motions to Dismiss addressing which of Plaintiff's Complaints is before the Court. These supplemental briefs are due on or before July 2, 2015. Plaintiff shall file any responses on or before July 13, 2015.

The Clerk is directed to send copies of this Order to pro se Plaintiff, counsel for the Defendants; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: June 17, 2015

David S. Cayer
United States Magistrate Judge