UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-120-RJC-DSC

| | |
|---|---|
| SHARON THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| STATE OF NORTH CAROLINA, UNC ) | |
| HEALTHCARE SYSTEM SERVICES, ) | |
| LLC, UNC SCHOOL OF MEDICINE, ) | |
| ZACONJIA C. TITUS, ORANGE ) | |
| COUNTY GOVERNMENT, DENISE ) | |
| SHAFFER, DUSTON LOWELL, ) | |
| VANGUARD PROFESSIONAL ) | |
| STAFFING, SUSAN BOYETTE, and ) | |
| ORANGE COUNTY DEPARTMENT ) | |
| OF SOCIAL SERVICES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendants Vanguard Professional Staffing and Susan Boyette's Motion to Dismiss Plaintiff's Amended Complaint, (Doc. No. 37); Defendants Orange County Government, Orange County Department of Social Services, Dustin Lowell, and Denise Shaffer's Motion to Dismiss Plaintiff's Amended Complaint, (Doc. No. 38); The State of North Carolina's Motion to Dismiss, (Doc. No. 44); Plaintiff's Motion to Stay of All Civil Claims and Proceedings, (Doc. No. 51); Plaintiff's Continued Motion for Stay of All Civil Claims and Proceedings, (Doc. No. 54); the Magistrate Judge's Memorandum and Recommendation ("M&R"), (Doc. No. 59); and Plaintiff's Motion for Voluntary Dismissal, (Doc. No. 62).

In lieu of filing objections to the M&R, Plaintiff has filed her Motion for Voluntary

Dismissal under Federal Rule of Civil Procedure 41. Although filed as a motion, the Court interprets this document as a notice of dismissal pursuant to Rule 41(a)(1)(A). If a plaintiff files a notice of dismissal before the adverse party serves it with "an answer or a motion for summary judgment," the dismissal is available as a matter of unconditional right. Fed. R. Civ. P. 41(a)(1)(A)(i); <u>Marex Titanic, Inc. v. Wrecked & Abandoned Vessel</u>, 2 F.3d 544, 546 (4th Cir. 1993). No defendant has filed an answer or motion for summary judgment in this case; therefore, Plaintiff's Motion for Voluntary Dismissal must be **granted**.

       **IT IS, THEREFORE, ORDERED** that:

1. Defendants Vanguard Professional Staffing and Susan Boyette's Motion to Dismiss Plaintiff's Amended Complaint, (Doc. No. 37), is **DISMISSED as moot**.
2. Defendants Orange County Government, Orange County Department of Social Services, Dustin Lowell, and Denise Shaffer's Motion to Dismiss Plaintiff's Amended Complaint, (Doc. No. 38), is **DISMISSED as moot**.
3. The State of North Carolina's Motion to Dismiss, (Doc. No. 44), is **DISMISSED as moot**.
4. Plaintiff's Motion to Stay of All Civil Claims and Proceedings, (Doc. No. 51), is **DISMISSED as moot**.
5. Plaintiff's Continued Motion for Stay of All Civil Claims and Proceedings, (Doc. No. 54), is **DISMISSED as moot**.
6. The Magistrate Judge's Memorandum and Recommendation, (Doc. No. 59), is **TERMINATED as moot**.
7. Plaintiff's Motion for Voluntary Dismissal, (Doc. No. 62), is **GRANTED**, and this action is **DISMISSED without prejudice**.

8. The Clerk of Court is directed to close this case.

Signed: March 29, 2016

Robert J. Conrad, Jr.
United States District Judge